558

petitioner. *Solicitor General Biggs*, and *Assistant Attorney General Lawrence* for the United States.

No. 41. MISSOURI PACIFIC R. Co. *v.* CREIGHTON. October 8, 1934. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. *Messrs. Edward J. White, Thomas J. Cole*, and *D. C. Chastain* for petitioner. *Mr. Walter J. Gresham* for respondent.

Nos. 43 and 44. WINGERT *v.* SMEAD ET AL., TRUSTEES IN BANKRUPTCY. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Miller Wingert* for petitioner. · No appearance for respondents.

No. 45. JONES *v.* FOSTER. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry Roberts* for petitioner. *Mr. George S. Shackelford, Jr.*, for respondent.

No. 46. AMERICAN TEXTILE WOOLEN Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. J. Robert Sherrod* and *Charles A. Noone* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman*, and *Messrs. Charles W. Bunn, James W. Morris*, and *John H. McEvers* for respondent.